**Order entered July 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00895-CV

**TEXAS HEALTH HARRIS METHODIST HOSPITAL FORT WORTH, Appellant**

**V.**

**GREG FRAUSTO, ET AL., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13131**

## ORDER

The Court has reviewed the clerk's record in this case. The clerk's record does not include the June 19, 2014 order denying Texas Health Harris Methodist Hospital Fort Worth's Objection to the Sufficiency of Plaintiffs' Chapter 74 Expert Report and Motion to Dismiss. Accordingly, the Court **ORDERS** the district clerk to file on or before July 31, 2014 a supplemental clerk's record including the June 19, 2014 order. The Court **DIRECTS** the Clerk to send a copy of this order by electronic transmission to Gary Fitzsimmons, District Clerk.

.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE